UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JERMAINE DEMAR FRANKLIN,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; DAVID T. WESLING, Acting Field Office Director; DAVID J. VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; and TODD BLANCHE, U.S. Attorney General,<br><br>Respondents. | CIVIL ACTION NO.<br>26-CV-14904-WGY |

YOUNG, D.J. November 24, 2026

**ORDER**

The Court has reviewed the petition filed by Petitioner Jermaine Demar Franklin ("Petitioner") for habeas corpus relief under 28 U.S.C. § 2241 ("the Petition"), ECF No. 1, as well as the Respondents' Notice of Intent Not to Oppose Petitioner's Request for an Order Directing an Immigration Judge to Conduct a Bond Hearing ("Notice"), ECF No. 6.

"The parties have conferred concerning this Petition and agree that this Court can resolve this Petition by ordering a bond hearing before an [immigration judge]. . ." Notice at 1.

Accordingly, the Court hereby ALLOWS the Petition, ECF No. 1, insofar as it seeks a bond hearing/individualized custody redetermination before an immigration judge, at which the government bears the burden of proving Petitioner poses a danger to the community or flight risk, see Hernandez-Lara v. Lyons, 10 F.4th 19, 41 (1st Cir. 2021), and ORDERS this hearing be held within seven (7) days of the date of this Order. The Court further ORDERS Respondents to file a status report -- stating whether Petitioner has been granted bond and, if his request for bond is denied, the reasons for the denial -- within ten (10) days of this Order.

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

---

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.